AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>ANTOIN AUSTIN,<br>aka DARKKING22,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:18 MJ 9063<br>)<br>)<br>)<br>) |

**FILED**
5:08 pm Mar 27 2018
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 2, 2017 to the present in the county of Cuyahoga in the Northern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances and Controlled Substance Analogues |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent, Stacy Lough, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: Mar 27, 2018

_____
*Judge's signature*

City and state: Cleveland, Ohio

U.S. Magistrate William H. Baughman, Jr.
*Printed name and title*